**DENIED; Opinion Filed April 18, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00460-CV**
**No. 05-13-00461-CV**

**IN RE MATTHEW DICKERSON, Relator**

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-60644 and F05-71453-Q**

**MEMORANDUM OPINION**

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Relator contends the trial court violated a ministerial duty by not ruling on his motions. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *In re Coston*, 07-03-0366-CV, 2003 WL 21939465 at *1 (Tex. App.–Amarillo Aug. 13, 2003, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

130460F.P05